Freeburg Law LLC
Ethan K. Morris, Bar No. 7-6439
PO Box 3442
Jackson, WY 83001
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GARY L BUTCHER,<br><br>Defendant. | Case No. L:25-PO-00772-SAH<br>L:25-PO-00773-SAH<br>L:25-PO-00776-SAH<br>L:25-PO-00777-SAH<br>L:26-po-00084-SAH<br>L:26-po-00085-SAH |

## UNOPPOSED MOTION FOR MODIFICATION OF RELEASE CONDITIONS

COMES NOW, Defendant Gary L Butcher, and files this *Unopposed Motion for Modification of Release Conditions*. For good cause, undersigned counsel states as follows:

1. On January 20, 2026, the Court filed an *Order Setting Conditions of Release*. The *Order* banned Defendant from all federal lands during the pendency of this case.
2. Defendant's employment (truck driver for Buck's Trucks LLC) requires him to be on Bureau of Land Management ("BLM") land in Lincoln, Sublette, and Sweetwater counties.
3. In light of the foregoing, Defendant respectfully requests that he be permitted to access Bureau of Land Management ("BLM") land in Lincoln, Sublette, and Sweetwater counties for employment purposes only.

4. Undersigned counsel has conferred with AUSA Calmes and the government has no objection to this *Motion*.

WHEREFORE, Defendant respectfully requests that the Court GRANT this *Motion*. A proposed order is submitted herewith.

Dated 02/04/2026

_______________________
Ethan K. Morris, Bar No. 7-6439
Freeburg Law LLC
Box 3442
Jackson, WY 83001

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was sent to:

United States Attorney's Office
P.O. Box 793
Yellowstone NP, WY

☐ hand delivery
☐ U.S. mail
☐ email
☐ FSX
☒ CM-ECF

Dated 02/04/2026

_______________________
Signed